SAMUEL METEER and ELIZABETH McBEATH v. SAMUEL
H. BLACK, Administrator of Sarah Armitage, et al.

Court of Chancery.  New Castle.  April 21, 1825.

*Ridgely's Notebook IV, 553.*

EZEKIEL WILLIAM CLOWES, an Infant under the age of
twenty-one years, by GREENSBERRY BLADES and
PRUDA, his Wife, Guardian of the said E. W.
Clowes, v. THOMAS L. JUDGE.

Court of Chancery.  Sussex.  May, 1825.

*Ridgely's Notebook IV, 564.*

[For this case, see 1 Del.Ch. 295.]